# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GWENDOLYN LEE PEEK,

                Plaintiff,                                            21 **CIVIL** 8518 (VEC)(SN)

      -v-                                                           **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 27, 2022, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
            July 27, 2022

                                                          **RUBY J. KRAJICK**

                                                          _____
                                                           **Clerk of Court**
                                    **BY:**    *K. Mango*
                                                           _____
                                                            **Deputy Clerk**